No. 6716.  CASTRO v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 6717.  PAIGE v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 6725.  STONE v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 6738.  REDD v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 6740.  SANDERS v. PERINI, CORRECTIONAL SUPER-INTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 6741.  FUKUMOTO v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 6742.  DREW ET AL. v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 6747.  MARXUACH v. PUERTO RICO SECRETARY OF JUSTICE ET AL.  Sup. Ct. P. R.  Certiorari denied.  Reported below: —— P. R. R. ——.

No. 6748.  LUCAS v. NEW YORK ET AL.  C. A. 2d Cir. Certiorari denied.

No. 6749.  ADCOX v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 6753.  SMITH v. BUCCI DETECTIVE AGENCY ET AL. C. A. 3d Cir.  Certiorari denied.

No. 6756.  RAMOS v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 6761.  MANZANARES v. WARDEN, NEVADA STATE PRISON.  Sup. Ct. Nev.  Certiorari denied.

No. 6763.  PRIONAS v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.